IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON, DIVISION

| | | |
|---|---|---|
| James Ervin and Donald Ervin<br>Plaintiffs, | §<br>§<br>§ | |
| V. | § | C.A. NO. G-07-233 |
| | § | |
| Exxon Mobil Corporation;<br>Exxon Mobil Oil Corporation;<br>Exxon Mobil Development Company;<br>Vintage Petroleum LLC; and Masters Resources LLC. | §<br>§<br>§<br>§<br>§ | <br>RULE 9(h) ADMIRALTY |
| Defendants. | §<br>§ | |

# **Plaintiffs' Original Complaint**

Plaintiffs' James Ervin and Donald Ervin complain of Defendants Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Development Company, Vintage Petroleum LLC, and Masters Resources LLC.

## I.

## Nature of Action

1. Plaintiffs sue Defendants for their negligence and gross negligence in causing Plaintiffs' injuries and damages.

## II.

## Jurisdiction

2. The claims asserted herein arise under general maritime law.

## III.

## Venue

3. Venue is proper in this District because a substantial part of the claims and events

giving rise to Plaintiff's claims arose in this District. Moreover, Defendants do a substantial amount of business in the Southern District of Texas and maintain principal places of business here.

**IV.**

**Parties**

5. Donald R. Ervin ("Don Ervin") is an individual residing at 1507 Leneva, Pasadena, Texas 77502.

6. James W. Ervin III ("Jim Ervin") is an individual residing at 1003 East Minneapolis Avenue, Salina, Kansas 67401.

7. Exxon Mobil Corporation ("EMC") is a New Jersey company registered to business in Texas, and with its principal place of business located at 800 Bell Street, Room 2441, Houston, Texas 77002. EMC conducts a substantial amount of business in the Southern District of Texas. It may be served with process through its registered agent, Corporation Service Company, at 701 Brazos Street, Suite 1050, Austin, Texas 78701.

8. Exxon Mobil Oil Corporation ("EMOC") is a New York company registered to do business in Texas, and with its principal place of business located at 800 Bell Street, Room 2605, Houston, Texas 77002. EMOC conducts a substantial amount of business in the Southern District of Texas. It may be served with process through its registered agent, Prentice Hall Corp. System, at 701 Brazos Street, Suite 1050, Austin, Texas 78701.

9. Exxon Mobile Development Company ("EMDC") is a Delaware Company registered to do business in Texas, with its principal place of business located at 800 Bell Street, C/O Corp-EMB-2441, Houston, Texas 77002. EMDC conducts a substantial amount of business in the Southern District of Texas. It may be served with process through its registered agent, Corporation Service Company at 701 Brazos Street, Suite 1050, Austin, Texas 78701.

10. Vintage Petroleum LLC ("Vintage") is a Delaware Company registered to do business in Texas, with its principal place of business located at P.O. Box 27570, Houston, Texas 77227-7570. Vintage conducts a substantial amount of business in the Southern District of Texas. It may be served with process through its registered agent, Corporation Service Company at CT Corporation System, 350 North St. Paul St., Dallas, Texas 75201.

10. Master Resources, LLC ("Masters") is a Texas Corporation registered to do business in Texas, with its principal place of business located at 9801 Westheimer Rd, Suite 1070, Houston, Texas 77042-3951. Masters conducts a substantial amount of business in the Southern District of Texas. It may be served with process through its registered agent, Lee Miller, 9801 Westherimer Rd., Suite 1070, Houston, Texas 77042-3951.

## V.

## Facts

12. On or about the morning of July 1, 2006, Jim and Don Ervin launched Don's boat at San Leon, Texas to go fishing for redfish in Galveston Bay. While using GPS equipment to travel to Earnest Reef, Plaintiffs' boat was impaled by a large, sharp, metal pipe sitting only several inches below the surface of the water. There was no buoy, flag, or other warning device alerting Plaintiffs of the dangerous condition.

13. Upon impact, Don and Jim were thrown violently towards the front of the boat. Don was thrown completely overboard. Both men lost consciousness. When they came to, Don freed the boat from the pipe and the men began performing first aid on one another. Both had severe lacerations that required numerous sutures to repair. Both Plaintiffs also suffered severe bruising. While administering first aid to each other, Plaintiffs observed several other submerged pipes in the general area, none of which were marked.

14. When Plaintiffs made it back to shore, Don was treated as a Level Two trauma patient and Jim was treated as a Level One trauma patient. Both required sutures, x-rays, and cat scans. It has since been determined that Jim suffered serious cervical and thoracic spinal injuries that very likely will require surgery to repair.

15. In addition, Don's boat incurred severe damage that has not yet been repaired.

16. On information and belief, and based on records maintained by the Texas Railroad Commission, Defendants lease, own, maintain, and/or operate oil and gas wells and platforms at the accident site. On further information and belief, Defendants placed the pipes that causes the accident and failed to properly warn boaters of the hidden danger. As a result of this tortious conduct, Plaintiffs have sustained serious injuries and substantial damages.

## VI.

## Causes of Action

### A. Negligence

17. Plaintiffs incorporate all prior paragraphs herein by reference.

18. Plaintiffs bring this cause of action against each Defendant.

19. Plaintiffs sustained their injuries because of Defendants' negligence and gross negligence, when Defendants negligently:

a. failed to remove or cut pipes that rested just below the surface of the water;

b. failed to mark the pipes with flags or buoys, or otherwise notify boaters of the pipes' existence; and

c. failed to properly maintain underwater structures in areas controlled by Defendants.

20. As a proximate result of Defendants' negligence, Plaintiffs suffered damages

including past and future lost wages, past and future medical expenses, property damages, pain and suffering, mental anguish, and disfigurement.

## V.

## Prayer

Plaintiffs pray they have judgment against Defendants, both jointly and severally, plus pre-judgment and post-judgment interests, all costs of Court, exemplary damages, and all such other relief, to which they may show themselves entitled.

**DATED: April 27, 2007**

Respectfully submitted,

ARNOLD & ITKIN LLP

/s/ Caj D. Boatright

Caj D. Boatright
Texas State Bar No. 24036237
Southern District of Texas No. 33053
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

**ATTORNEY FOR PLAINTIFF**

**OF COUNSEL:**

Kurt B. Arnold
Texas State Bar No. 24036150
Southern District of Texas No. 36185
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850