IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| James Ervin, et al, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION G-07-233 |
| | § | |
| Masters Resources, LLC., | § | |
| | § | |
| Defendants. | § | |

ORDER

As the jury has entered its verdict in favor of Defendant Masters Resources, LLC., and against Plaintiffs James Ervin and Donald Ervin, the Court hereby

ORDERS that final judgment be entered in favor of the Defendant. Plaintiffs shall take nothing from Defendant. This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 23 day of April, 2009.

DAVID HITTNER
United States District Judge