IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES ERVIN and<br>DONALD ERVIN | § | |
| *Plaintiffs,* | § | |
| VS. | § | C.A. NO. G-07-233 |
| MASTERS RESOURCES, LLC; | § | |
| *Defendant.* | § | |

**VERDICT FORM**

**QUESTION NO. 1**:

Do you find by a preponderance of the evidence that the object Plaintiffs' struck was owned, maintained, controlled, or placed by Defendant, Masters Resources, LLC?

Answer "Yes" or "No"

No

If the answer to Question 1 is "No," the foreperson should sign at the end and notify the marshal. If the answer to Question 1 is "Yes," proceed to Question 2.

**QUESTION NO. 2:**

Did the negligence, if any, of those named below proximately cause the injury in question?

Answer "Yes" or "No" for each of the following:

A. Masters Resources, LLC ____________________

B. Don Ervin ____________________

C. James Ervin ____________________

If you have answered "Yes" to Question 2 for more than one of those named below, then answer the following question. Otherwise, do not answer the following question.

The percentages you find must total 100 percent. The percentages must be expressed in whole numbers. The negligence attributable to any one named below is not necessarily measured by the number of acts or omissions found. The percentage attributable to any one need not be the same percentage attributable to that one in answering another question.

**QUESTION NO. 3:**

What percentage of the negligence that caused the injury to Don and James Ervin, do you find to be attributable to each of those listed below and found by you in your answer to Question 2, to have been negligent:

A. Masters Resources, LLC ______________________

B. Don Ervin ______________________

C. James Ervin ______________________

Total ____________100__________%

**QUESTION NO. 4:**

What sum of money, if paid now in cash, would fairly and reasonably compensate both Don and James Ervin for their injuries, if any, that resulted from the occurrence in question?

Consider the elements of damages listed below and none other. Consider each element separately. Do not award any sum of money on any element if you have otherwise, under some other element, awarded a sum of money for the same loss. That is, do not compensate twice for the same loss, if any. Do not include interest on any amount of damages you find.

Answer separately, in dollars and cents, for damages, if any. Do not reduce the amounts, if any, in your answers because of the negligence, if any, of Don Ervin or James Ervin.

**DON ERVIN**

a. Physical pain and mental anguish sustained in the past.

Answer: ____________________

b. Physical pain and mental anguish that, in reasonable probability, Don Ervin will sustain in the future.

Answer: ____________________

c. Loss of earning capacity sustained in the past.

Answer: ____________________

d. Physical impairment sustained in the past.

Answer: ____________________

e. Medical care expenses incurred in the past.

Answer: ____________________

f. Damages sustained by Don Ervin's vessel in the incident.

Answer: ____________________

**JAMES ERVIN**

a. Physical pain and mental anguish sustained in the past.

Answer: ____________________

b. Physical pain and mental anguish that, in reasonable probability, James Ervin will sustain in the future.

Answer: ____________________

c. Physical impairment sustained in the past.

Answer: ____________________

d. Physical impairment that, in reasonable probability, James Ervin will sustain in the future.

Answer: ____________________

e. Medical care expenses incurred in the past.

Answer: ____________________

f. Medical care expenses that, in reasonable probability, James Ervin will incur in the future.

Answer: ____________________

## CERTIFICATE

We, the jury, have answered the above and foregoing questions, as indicated, and return these answers into court as our unanimous verdict.

Signed on this 23rd day of April 2009 in Houston, Texas.